**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| SHALEAH RAINES AND KAREN BLACHOWICZ, <br><br> Plaintiffs, <br><br> v. <br><br> COTON COLORS COMPANY LLC, <br><br> Defendant. | Civil Action No. 1:25-cv-02085 |

**NOTICE OF SETTLEMENT**

Plaintiffs Shaleah Raines and Karen Blachowicz hereby advise this Honorable Court that they have reached an agreement with Defendant Coton Colors Company LLC. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: June 16, 2026          Respectfully Submitted,

/s/ Benjamin J. Sweet
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, PA 15228

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this June 16, 2026.

   */s/ Benjamin J. Sweet*
Benjamin J. Sweet