**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| SHALEAH RAINES AND KAREN BLACHOWICZ,<br><br>          Plaintiffs,<br><br>  v.<br><br>COTON COLORS COMPANY LLC,<br><br>          Defendant. | Civil Action No. 1:25-cv-02085<br><br>Dismissal with prejudice acknowledged [10]. JMS, DJ 6/24/26 Distribution via ECF |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1.　Whereas Plaintiffs Shaleah Raines and Karen Blachowicz filed the above-referenced case against Defendant Coton Colors Company LLC, on October 10, 2025.

2.　Whereas Defendant has not yet answered Plaintiffs' complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.　Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs hereby dismiss the complaint with prejudice.

Dated: June 22, 2026　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　**NYE, STIRLING, HALE, MILLER, &**
　　　　　　　　　　　　　　　**SWEET LLP**
　　　　　　　　　　　　　　　101 Pennsylvania Boulevard, Suite 2
　　　　　　　　　　　　　　　Pittsburgh, PA 15228

　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*